UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-10301 |
| | ) | |
| CHRISTOPHER R. COBB, | ) | Chapter 13 |
| | ) | |
| | ) | Hon. Judge Thorne |
| Debtor(s). | | |

## NOTICE OF MOTION

TO: See attached list

 PLEASE TAKE NOTICE that on July 22, 2020, at 2:00 p.m., I will appear before the Honorable JUDGE THORNE, or any judge sitting in that judge's place, and present Debtor's Motion to Modify Plan, a copy of which is attached.

 This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

 If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

 I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on July 1, 2020, at 5:00 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: bkahn@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
Christopher Cobb, 1735 E. 67th St., Apt. 1C, Chicago, IL 60649
Jefferson Capital, P.O. Box 772813, Chicago, IL 60677-2813
City of Chicago, c/o Arnold Scott Harris PC, 111 W. Jackson Blvd. Ste. 600, Chicago, IL 60604
Illinois Dept. of Revenue, Revenue Litigation, 100 W. Randolph St 13th Fl., Chicago, IL 60601
Nicor Gas, P.O. Box 549, Aurora, IL 60507

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **19-10301** |
| | ) | |
| **CHRISTOPHER R. COBB,** | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | **Hon. Judge Thorne** |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Christopher R. Cobb, by and through his attorneys, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On April 10, 2019, Debtor filed a petition for relief under Chapter 13 of Title 11 USC.

3) This Court confirmed the Plan on September 11, 2019. The confirmed plan requires monthly payments of $350.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor worked for South Shore Drill Team (South Shore) until being laid off on March 14, 2020, which is evidenced by Debtor's UI Finding (Exhibit A).

5) Debtor believes the default began to accrue prior to his laid off because South Shore Drill Team was not sending his payroll deductions in a timely manner. After Debtor's lay off on March 14, 2020, a payment of $350.00 posted with the trustee. Debtor has tried to reach someone at South Shore to determine whether they have forwarded all deductions. Debtor has been unable to reach anyone at South Shore.

6) Debtor looked for work after being laid off but was unable to find work until June 22, 2020, when he began for Luke Gas Station in Hammond, Indiana.

7)     Debtor is paid $10.00 an hour and works approximately 40 to 50 hours per week.

8)     Debtor seeks to modify his plan under 11 USC § 1329 to defer the default that has accrued in large part to the COVID-19 pandemic. Debtor was out of work for approximately three months because of the pandemic.

9)     Although Debtor has been financially affected by the pandemic, he does not need to extend his payment plan beyond the initial 60 months allowed under BAPCPA, as he should be able to complete his plan in the remaining 42 months.

WHEREFORE, the Debtor, Christopher R. Cobb, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

                                                  Respectfully Submitted,

                                                  /s/ Michael R. Colter, II
                                                  Michael R. Colter, II, A.R.D.C. #6304675
                                                  Attorney for the Debtor